AARON M. KINIKINI (Bar No. 10225)
NICHOLAS H.K. JACKSON (Bar No. 15079)
KATHERINE BUSHMAN (Bar No. 15561)
Disability Law Center
205 North 400 West
Salt Lake City, Utah   84103
Phone:  (801) 363-1347
Email: njackson@disabilitylawcenter.org
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MARY ANN ERICKSEN,<br><br>     Plaintiff,<br><br>v.<br><br>REDZONE REAL ESTATE d/b/a UTAH UTE REAL ESTATE, LLC, BONNIEWOOD WVC, LLC, JESSE R. BOONE, and BETH LNU,<br><br>     Defendants. | **STIPULATED NOTICE OF DISMISSAL OF DEFENDANT BONNIEWOOD WVC, LLC**<br><br>Case No. 2:19-cv-00988-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff, Mary Ann Ericksen, and Defendant, Bonniewood WVC, LLC, by their respective attorneys and pursuant to Federal of Civil Procedure 41(a)(1), hereby stipulate to the dismissal of Plaintiff's claims against Bonniewood.  This dismissal does not affect, alter or preclude (in any way) Redzone Real Estate d/b/a Utah Ute Real Estate LLC, Jesse R. Boone (collectively "Redzone"), or any other parties from pursuing claims against Bonniewood WVC or any related person, representative, owner or entity.  Redzone does not object to the dismissal of Plaintiff's claims against Bonniewood and does not, by failing to object to the dismissal of

such claims, relinquish its right pursue causes of action or claims against any party including

Bonniewood WVC.

DATED this **15th** day of **April, 2020.**

        By /s/ Nicholas H.K. Jackson
          NICHOLAS H.K. JACKSON
          *Attorney for Plaintiff*

        By /s/ Michael D. Johnston (signed with permission)
MICHAEL D. JOHNSTON
*Attorney for Defendants Redzone Real Estate d/b/a/ Utah Ute Real Estate LLC and Jesse R. Boone*

        By /s/ Bryan Kinder (signed with permission)
          BRYAN KINDER
          *Non-Attorney Representative of Bonniewood WVC, LLC*