JOSEPH E. MINNOCK, NO. 6281
MORGAN, MINNOCK, RICE & MINER, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, UT 84101
Telephone No.: (801) 531-7888
Facsimile No.: (801) 531-9732
jminnock@mmrm.com

*Attorneys for Defendants*

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MARY ANN ERICKSEN,<br><br>        Plaintiff,<br><br>vs.<br><br>REDZONE REAL ESTATE d/b/a UTAH UTE REAL ESTATE, LLC, JESSE R. BONNE, and BETH LNU,<br><br>        Defendants. | **STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**<br><br><br><br>Case No.  2:19-cv-00988-CMR<br>Honorable Cecelia M. Romero |

Plaintiff Mary Ann Erickson, by and through her counsel of record, and Defendants, by and through their counsel of record, hereby stipulate that the above-captioned matter has been fully settled and compromised and should be dismissed with prejudice.  The Parties, therefore, jointly move the Court for an Order dismissing the above-captioned matter with prejudice, with each Party to bear their own costs and attorneys' fees.

DATED this 26th  day of April, 2021.

DISABLITY LAW CENTER

/s Nicholas H.K. Jackson
*Signed electronically with permission*
Nicholas H.K. Jackson
Katherine Bushman
*Attorneys for Plaintiffs*

DATED this 26th day of April, 2021.

MORGAN, MINNOCK, RICE & MINER, L.C.

*/s/ Joseph E. Minnock*
Joseph E. Minnock
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April 2021, I caused a true and correct copy of the foregoing **STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE** to be electronically filed pursuant to Code of Judicial Administration Rule 4-503(1) and served electronically upon the parties pursuant to Utah R. Civ. P. 5(b)(1)(A)(i).

*/s/ Joseph E. Minnock*