FILED
2021 APR 28 PM 12:55
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARY ANN ERICKSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>REDZONE REAL ESTATE d/b/a UTAH UTE REAL ESTATE, LLC, JESSE R. BONNE, and BETH LNU,<br><br>  Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No. 2:19-cv-00988-CMR<br>Magistrate Judge Cecilia M. Romero |

The court, having reviewed and considered the Stipulation and Motion for Dismissal with Prejudice (ECF 27) and good cause appearing, hereby ORDERS, pursuant to Rule 41(a)(2) of the Utah Rules of Civil Procedure, that all claims by Plaintiff, Mary Ann Ericksen, and Defendant, shall be, and hereby are, dismissed with prejudice, with each Party to bear their own costs, including attorney's fees, relative to such.

DATED this 28 April 2021.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah